UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOEL ENRIQUE FERNANDEZ
DIAZ,

        Petitioner,

v.                           Case No.:  2:26-cv-1673-SPC-KRH

WARDEN, ERO EL PASO CAMP
EAST MONTANA,

        Respondent.

                                    /

## ORDER

Before the Court is Petitioner Joel Enrique Fernandez Diaz's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1). Fernandez Diaz challenges the legality of his detention in a facility in El Paso, Texas. "Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should…file the petition in the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 446-47 (2004). The Court thus finds this action should be transferred to the El Paso Division of the Western District of Texas. 28 U.S.C. § 2241(a).

Accordingly, it is

**ORDERED:**

1. Under 28 U.S.C. § 1631 this case is **TRANSFERRED** to the El Paso Division of the Western District of Texas for all further proceedings.

2. The Clerk is **DIRECTED** to forward the file to that District, deny any motions as moot, terminate the deadlines, and close the Fort Myers file.

**DONE** and **ORDERED** in Fort Myers, Florida on May 22, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:   All Parties of Record

2